IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: : | Case No. 19-23184-JAD |
| Tina M. Stahl, : | Chapter 13 |
|     Debtor, : | |
| : | Document No. |
| Tina M. Stahl, : | |
|     Movant, : | |
| : | |
|     v. : | |
| : | |
| No Respondent. : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 3, 2019, at docket number 19, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 16, 2024    By:    /s/ Dennis J. Spyra, Esq.
                                                       Dennis J. Spyra, Esq.
                                                       1711 Lincoln Way
                                                       White Oak, PA 15131
                                                       (412) 673-5228
                                                       dennis@spyralawoffice.com
                                                       PA I.D. # 46188

PAWB Local Form 24 (07/13)