**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tina M. Stahl                                                    CHAPTER 13

Debtor(s)

BKY. NO. 19-23184 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*

Brent Lemon
16 Oct 2024, 15:40:43, EDT

Denise Carlon, Esq. (317226)          ☐
Brent Lemon, Esq. (86478)             ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: f3b8c763fd654bacb7e9ccae7962b16844db464855305ef28e4374b4539207ab