**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TINA M. STAHL<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-23184 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.


October 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/13/2019 and confirmed on 9/27/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 103,039.11 |
| Less Refunds to Debtor | 1,270.43 | |
| TOTAL AMOUNT OF PLAN FUND | | 101,768.68 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 5,056.12 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,056.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 59,312.08 | 0.00 | 59,312.08 |
|     Acct: 2143 | | | | |
|   MIDFIRST BANK SSB* | 682.30 | 682.30 | 0.00 | 682.30 |
|     Acct: 2143 | | | | |
|   ALLY BANK(*) | 0.00 | 27,505.06 | 0.00 | 27,505.06 |
|     Acct: 6417 | | | | |
|   ALLY BANK(*) | 443.63 | 443.63 | 0.00 | 443.63 |
|     Acct: 6417 | | | | |
| | | | | 87,943.07 |
| **Priority** | | | | |
|   DENNIS J SPYRA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TINA M. STAHL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TINA M. STAHL | 783.23 | 783.23 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TINA M. STAHL | 487.20 | 487.20 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENNIS SPYRA & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENNIS J SPYRA ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 14,551.90 | 1,742.58 | 0.00 | 1,742.58 |
|     Acct: 1015 | | | | |
|   CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6373 | | | | |
|   DISCOVER BANK(*) | 10,703.68 | 1,281.76 | 0.00 | 1,281.76 |
|     Acct: 3873 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9478 | | | | |
|   KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8131 | | | | |
|    LENDING CLUB CORP* | 16,708.02 | 2,000.78 | 0.00 | 2,000.78 |
| Acct: 1908 | | | | |
|    SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5248 | | | | |
|    SYNCHRONY BANK BY AIS INFOSOURCE | 1,383.93 | 165.73 | 0.00 | 165.73 |
| Acct: 4236 | | | | |
|    GREENSKY LLC(*) | 3,509.99 | 420.32 | 0.00 | 420.32 |
| Acct: 6495 | | | | |
|    TD BANK USA NA** | 1,322.11 | 158.32 | 0.00 | 158.32 |
| Acct: 1499 | | | | |
|    SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4236 | | | | |
|    LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    ZWICKER AND ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,769.49 |

TOTAL PAID TO CREDITORS                                                                 93,712.56

TOTAL CLAIMED
PRIORITY         0.00
SECURED      1,125.93
UNSECURED   48,179.63


Date: 10/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    TINA M. STAHL

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:19-23184 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23184-JAD |
| Tina M. Stahl | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 25, 2024 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tina M. Stahl, 14451 Roberta Drive, Irwin, PA 15642-1665 |
| 15103981 | + | Barclays Bank Delaware, P.O. Box 803, Wilmington, DE 19899-0803 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2024 00:33:18 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2024 00:33:18 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2024 00:32:13 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2024 00:33:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15140920 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2024 00:59:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15103980 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2024 00:59:00 | Ally Financial, 200 Renaissance Ctr #BO, Detroit, MI 48243-1300 |
| 15103982 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2024 00:55:18 | CBNA, 50 NW Point Blvd, Elk Grove Village, IL 60007 |
| 15103983 | | Email/Text: mrdiscen@discover.com | Oct 26 2024 00:59:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15106673 | | Email/Text: mrdiscen@discover.com | Oct 26 2024 00:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15103984 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 26 2024 01:08:00 | FNB Omaha, P.O. Box 3412, Omaha, NE 68197 |
| 15127169 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 26 2024 00:59:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15103985 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2024 00:32:18 | JPMCB Homeloans, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15138752 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2024 00:57:06 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15103986 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 26 2024 00:59:00 | Kohls/Cap One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 15103987 | + | Email/Text: Documentfiling@lciinc.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 26 2024 01:00:00 | Lending Club Corp., 595 Market Street, San Francisco, CA 94105-2802 |
| 15143753 | + | Email/Text: Documentfiling@lciinc.com | Oct 26 2024 01:00:00 | LendingClub Corporation, 595 Market St., Ste. 200, San Francisco, CA 94105-2802 |
| 15173202 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 26 2024 00:33:25 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15142989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2024 00:32:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15103988 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:33:24 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15103989 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:56:56 | SYNCB/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15104599 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2024 01:18:56 | Synchrony Bank, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15103990 | ^ | MEBN | Oct 26 2024 00:07:40 | Synovusbk/Greensky, 1797 NE Expressway, Atlanta, GA 30329-7803 |
| 15143113 | + | Email/Text: bncmail@w-legal.com | Oct 26 2024 01:09:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15103991 | + | Email/Text: bncmail@w-legal.com | Oct 26 2024 01:08:00 | TD Bank USA/ Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15103992 | + | Email/Text: bkfilings@zwickerpc.com | Oct 26 2024 01:10:00 | Zwicker & Associates, P.C., Attn: Jonathan Cawley, Esquire, 3220 Tillman Drive, Bensalem, PA 19020-2028 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15140104 | *+ | Synchrony Bank, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 25, 2024 | Form ID: pdf900 | Total Noticed: 27 |

**below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Dennis J. Spyra | on behalf of Debtor Tina M. Stahl dennis@spyralawoffice.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5